## UNITED STATES v. SEARS, ROEBUCK & CO.

**No. 5820.**—Invoices dated Belfast, Ireland, April 23, 1942, and May 7, 1942.
Certified May 1, 1942, and May 15, 1942.
Entered at New York, N. Y., May 26, 1942, and June 9, 1942.
Entry Nos. 752329 and 754235.

(Decided February 12, 1943)

*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.
*James W. Bevans*, for the defendant.

KINCHELOE, Judge: These appeals to reappraisement have been submitted for decision upon an oral stipulation entered into by and between counsel for the respective parties hereto.

Accepting the stipulation as a statement of fact, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are as follows:

| Reappraisement No. | | per yard |
|---|---|---|
| 148126-A | 36½″ A/L White Art Linen, manufacturer's No. 3734, call No. 7216 | 39 pence |
| | 54″ A/L White Art Linen, manufacturer's No. 3734, call No. 7218 | 61½ pence |
| | 45″ A/L White Art Linen, manufacturer's No. 2640, call No. 7223 | 56 pence |
| | 54″ A/L White Art Linen, manufacturer's No. 2640, call No. 7224 | 69½ pence |

148127–A    36½" A/L White Art Linen, manufacturer's No. 3734,    39 pence
              call No..7216
            54" A/L White Art Linen, manufacturer's No. 3734, call    61½ pence
              No. 7218

All less 3½ per centum discount, plus cases and packing as entered.

Insofar as the appeals relate to all other merchandise they are hereby dismissed.

Judgment will be rendered accordingly.